# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-574
Lower Tribunal No. CF16-007533-XX

_____

CHARLES MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and MIZE, JJ., concur.

Charles Miller, Malone, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor and Jonathan S. Tannen, Assistant Attorneys General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED